AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## MIDDLE DISTRICT of PENNSYLVANIA

FILED
HARRISBURG, PA
APR 05 2010
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY LLC, | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 1:09-CV-1594 |
| MARIO CLEMENTONI, | ) (Judge Conner) |
| Defendant | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

X other: Summary judgment be and is hereby entered in favor of plaintiff FORD MOTOR CREDIT COMPANY, and against defendant MARIO CLEMENTONI, in the amount of $2,282,983.53, in accordance with the court's order (Doc. 18), dated April 5, 2010.

This action was *(check one)*:
☐ tried by a jury with Judge or Magistrate Judge _____ presiding, and the jury has rendered a verdict.
☐ tried by Judge or Magistrate Judge _____ without a jury and the above decision
X decided by Judge or Magistrate Judge Judge Christopher C. Conner on a motion for summary judgment

Date: April 5, 2010

CLERK OF COURT    MARY E. D'ANDREA

_____
*Signature of Clerk or Deputy Clerk*